UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 05-119 (ESH) |
| | : | |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 1512(c)(1) and |
| MICHAEL O'GRADY | : | (c)(2)  (Obstruction of Justice) |
| Defendant. | : | |
| | : | |

## SUPERCEDING INFORMATION

The United States Attorney charges that:

## COUNT I

In or about August 2004, in the District of Columbia and elsewhere, defendant MICHAEL O'GRADY, willfully, knowingly and corruptly attempted to, and did alter, destroy, and conceal records, documents and other objects with the intent to impair the object's integrity and availability for use in an official proceeding of the United States Securities and Exchange Commission, and attempted to, and did otherwise willfully, knowingly and corruptly obstruct, influence and impede an official proceeding of the United States Securities and Exchange Commission, by instructing an employee of Telephone Broadcast Company, LLC, to delete files and records on the computer systems of Telephone Broadcast Company, LLC, and Telephony Leasing Corporation, LLC.

**(Obstruction of Justice, in violation of
Title 18, United States Code, Section 1512(c)(1) and (c)(2))**

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 451058

By:   _____
        JONATHAN R. BARR
        Assistant United States Attorney
        D.C. Bar No. 437334
        555 4th Street, N.W., Room 5241
        Washington, DC  20530
        Phone: (202) 514-9620
        Fax: (202) 307-2304